DENIED and Opinion Filed May 13, 2022



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00363-CV
No. 05-22-00364-CV
No. 05-22-00365-CV

**IN RE JAMES CORNELIOUS KIRK, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-59404-M, F16-59405-M, & F16-59406-M**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

James Cornelious Kirk has filed a petition seeking a writ of mandamus to compel the trial court to rule on his pending motion for post-conviction DNA testing. We deny the petition.

Relator's petition is not properly certified. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Furthermore, although appellant has filed some unauthenticated documents, the petition is not supported by an appendix with certified or sworn copies of documents showing relator is entitled to relief. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1); *Butler*, 270 S.W.3d at 759. Relator bears the burden of providing the Court with a

sufficient record to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Without a certified petition and authenticated record, relator has not carried that burden. *See Butler*, 270 S.W.3d at 758–59.

Additionally, relator has not shown that he brought the motion to the trial court's attention or reminded the trial court by letter that the motion is still pending. *See In re Rangel*, 570 S.W.3d 968, 969 (Tex. App.—Waco 2019, orig. proceeding); *In re Chavez*, 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding); *see also In re Read*, No. 05-21-01014-CV, 2021 WL 6194726, at *1 (Tex. App.—Dallas Dec. 31, 2021, orig. proceeding) (mem. op.). Without such a showing, relator cannot show he is entitled to mandamus relief on his motion. *See In re Prado*, 522 S.W.3d 1, 2 (Tex. App.—Dallas 2017, orig. proceeding) (mem. op.).

Accordingly, we deny the petition.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220363F.P05